# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

REGINALD S. COLE, JR.,

    Plaintiff,

v.                                          Case No. 15-C-57

JANSSEN PHARMACEUTICALS, INC.,

    Defendant.

## ORDER

This case is on appeal. Nonetheless, on March 19, 2018, the plaintiff filed a motion to amend the complaint. The plaintiff's motion will be denied.

On the same day, the plaintiff filed a motion to supplement the record. The plaintiff states that he believes that the record needs to be supplemented or corrected regarding the court's statement that he did not have an expert witness. According to the plaintiff, Mark E. Molitch and Martha Leland intend on being witnesses. The plaintiff attaches to his motion the first page of Defendant's Expert Witness Disclosure in which the defendant designates Mark E. Molitch, M.D., who is the Martha Leland Sherwin Professor of Endocrinology, as an expert witness. This document does not support the plaintiff's assertion that he had or has an expert witness. In any event, the document was filed in this district court and, therefore, it is already part of the record on appeal. *See* Fed. R. App. P. 10(a).

**THEREFORE, IT IS ORDERED** that the plaintiff's motion to amend the complaint (ECF No. 217) is **DENIED**.

**IT IS FURTHER ORDERED** that the plaintiff's motion to supplement the record (ECF No. 218) is **DENIED**.

Dated at Green Bay, Wisconsin this  29th  day of March, 2018.

                                                      s/ William C. Griesbach
                                                     William C. Griesbach, Chief Judge
                                                     United States District Court - WIED