UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

REGINALD S COLE, JR,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No. 15-C-0057

JANSSEN PHARMACEUTICALS INC,

    Defendant.

## ORDER DENYING REQUEST FOR MEDIATION

Final Judgment dismissing this case was entered on December 12, 2017. Plaintiff Reginald Cole, Jr. has filed a request for mediation. His request is denied. The case is currently on appeal and this court has no jurisdiction to order mediation. Furthermore, this court would not order mediation in a case that has already been dismissed. Accordingly, Plaintiff's request is denied.

**SO ORDERED** this   12th   day of February, 2019.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              U.S. District Court